CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/ ~~~~~
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>HERBERT LEE CHILDS<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:16mj58<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __DECEMBER 16th - 28th__ in the ~~county~~ CITY of __ROANOKE__ in the __WESTERN__ District of __VIRGINIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and (b)(1)(c) | DISTRIBUTE A MEASURABLE QUANTITY OF COCAINE, A CONTROLLED SUBSTANCE |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

RYAN A. SLOAN  TFO  DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: April 21, 2016

City and state: Roanoke, VA

_____
Judge's signature

Robert S. Ballou, USMJ
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL
## COMPLAINT AND ARREST WARRANT

I, Ryan A Sloan, being duly sworn, depose and state as follows:

1. I have been employed with the Roanoke Police Department since 2008 and have been a Narcotics Detective with the Roanoke Police Narcotic and Organized Crime Unit since 2013. I have been a Task Force Officer with the Drug Enforcement Administration since 2015. During this time I have participated in numerous state and federal narcotic investigations resulting in the arrest and conviction of drug distributors, and seizure of quantities of controlled substances. Many of these investigations have dealt with the distribution and use of cocaine, a schedule II controlled substance. I have received extensive training in drug identification, drug distribution methods, and drug enforcement techniques from both state and federal agencies. I am familiar with the use, effects, distribution techniques, appearance, and method of manufacture of controlled substances, to include cocaine.

2. This affidavit is submitted in support of the following:

    a. A criminal complaint and arrest warrant charging Herbert Lee CHILDS with distribution of a measureable quantity of cocaine, a schedule II controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1) and (b)(1)(c).

3. This affidavit contains information necessary to support probable cause. The information contained in this affidavit is not intended to include each and every fact and matter observed by or known to the United States.

4. During this investigation, law enforcement officers utilized confidential informants. These confidential informants (CI) have provided law enforcement with both reliable and credible information during this investigation and are supported by undercover audio and visual recording equipment that were present during all controlled purchases.

5. On December 16th, 2015, a Detective with the Roanoke Valley Regional Drug Unit conducted a controlled purchase of Cocaine from Herbert Lee CHILDS. During the controlled purchase the CS was equipped with a audio and visual recording device that captured Herbert Lee CHILDS distributing cocaine to the CI. The purchased cocaine tested positive for the presence of cocaine using a Scott Reagent Test Kit. The purchased cocaine was then sent to the Virginia Department of Forensic Science Division. On April 5th, 2016, the Virginia Department of Forensic Science Division returned a certificate of analysis determining a positive result for cocaine from the same substance.

6. On December 22nd, 2015, a Detective with the Roanoke Valley Regional Drug Unit conducted a controlled purchase of Cocaine from Herbert Lee CHILDS. During the controlled

2

purchase the CS was equipped with a audio and visual recording device that captured Herbert Lee CHILDS distributing cocaine to the CI. The purchased cocaine tested positive for the presence of cocaine using a Scott Reagent Test Kit. The purchased cocaine was then sent to the Virginia Department of Forensic Science Division. On April 5th, 2016, the Virginia Department of Forensic Science Division returned a certificate of analysis determining a positive result for cocaine from the same substance.

7. On December 28th, 2015, a Detective with the Roanoke Valley Regional Drug Unit conducted a controlled purchase of Cocaine from Herbert Lee CHILDS. During the controlled purchase the CS was equipped with a audio and visual recording device that captured Herbert Lee CHILDS distributing cocaine to the CI. The purchased cocaine tested positive for the presence of cocaine using a Scott Reagent Test Kit. The purchased cocaine was then sent to the Virginia Department of Forensic Science Division. On April 5th, 2016, the Virginia Department of Forensic Science Division returned a certificate of analysis determining a positive result for cocaine from the same substance.

8. Herbert Lee CHILDS is currently on active Federal Probation in the Western District of Virginia.

9. Based on the information provided in this affidavit, probable cause exists to believe that Herbert Lee CHILDS did unlawfully, knowingly, and intentionally distribute a measureable quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(c).

FURTHER YOUR AFFIANT SAITH NOT.

Ryan A. Sloan Task Force Officer
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me this the 21st day of April, 2016.

Honorable Robert Ballou
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF VIRGINIA